Kathryn J. Halford, SBN 68141
K. Arianne Jordan, SBN 221881
WOHLNER KAPLON PHILLIPS
YOUNG & CUTLER
15456 Ventura Boulevard, Suite 500
Sherman Oaks, California 91403
Telephone No.:(818)501-8030
Facsimile No.:(818) 501-5306
kjhalford@wkpyc.com
ajordan@wkpyc.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS HEALTH AND WELFARE TRUST; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA, ARIZONA, COLORADO, AND SOUTHERN NEVADA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION TRUST FUND; BOARD OF TRUSTEES OF THE GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS DISABILITY TRUST; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA GLASS AND GLAZING INDUSTRY TRUST FUND; BOARD OF TRUSTEES OF THE SOUTHERN COUNTIES GLAZIERS' APPRENTICESHIP TRAINING TRUST; SOUTHERN CALIFORNIA GLASS MANAGEMENT AND GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL 636 AREA LABOR-MANAGEMENT COMMITTEE; NATIONAL LABOR MANAGEMENT COOPERATION FUND; GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 636,<br><br>　　　　　　Plaintiffs,<br>　　vs.<br><br>MARC ANTHONY GLAZING CONTRACTOR, INC., a California corporation,<br>　　　　　　Defendant.<br>_____ | CASE NO.: CV 06-7439 CAS (VBKx)<br><br>Hon. Christina A. Snyder<br><br>**JUDGMENT PURSUANT TO STIPULATION IN FAVOR OF GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 636** |

Plaintiffs, Board of Trustees of the Southern California Glaziers, Architectural Metal and Glass Workers Health and Welfare Trust; Board of Trustees of the Southern California, Arizona, Colorado, and Southern Nevada Glaziers, Architectural Metal and Glass Workers Pension Trust Fund; Board of Trustees of the Glaziers, Architectural Metal and Glass Workers Disability Trust; Board of Trustees of the Southern California Glass and Glazing Industry Trust Fund; Board of Trustees of the Southern Counties Glaziers' Apprenticeship Training Trust; Southern California Glass Management and Glaziers, Architectural Metal and Glass Workers Local 636 Area Labor-management Committee; National Labor Management Cooperation Fund ("Plaintiff Trusts") and Glaziers, Architectural Metal and Glass Workers Local Union No. 636 ("Plaintiff Union") and Defendant Marc Anthony Glazing Contractor, Inc. ("Defendant"), having agreed to the entry of judgment in this matter and having entered into a Stipulation for Entry of Judgment which has been filed with the Court, and due deliberation being had thereon,

IT IS ORDERED, ADJUDGED, AND DECREED, that Plaintiff Union recover from Defendant the principal sum of $7,852.58 for dues owed for the period of November 1, 2002 to December 31, 2006, together with interest on the principal sum, accruing at the rate of prime plus 2% per annum from August 30, 2007, in accordance with the terms of the Stipulation for Entry of Judgment, a copy of which is attached hereto as Exhibit "1", and made part hereof by this reference.

DATED: January 15, 2008

_____
HONORABLE CHRISTINA A. SNYDER