1  Kathryn J. Halford, SBN 68141
   K. Arianne Jordan, SBN 221881
2  WOHLNER KAPLON PHILLIPS
   YOUNG & CUTLER
3  15456 Ventura Boulevard, Suite 500
   Sherman Oaks, California 91403
4  Telephone No.:(818)501-8030
   Facsimile No.:(818) 501-5306
5  kjhalford@wkpyc.com
   ajordan@wkpyc.com
6  Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS HEALTH AND WELFARE TRUST; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA, ARIZONA, COLORADO, AND SOUTHERN NEVADA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS PENSION TRUST FUND; BOARD OF TRUSTEES OF THE GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS DISABILITY TRUST; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA GLASS AND GLAZING INDUSTRY TRUST FUND; BOARD OF TRUSTEES OF THE SOUTHERN COUNTIES GLAZIERS' APPRENTICESHIP TRAINING TRUST; SOUTHERN CALIFORNIA GLASS MANAGEMENT AND GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL 636 AREA LABOR-MANAGEMENT COMMITTEE; NATIONAL LABOR MANAGEMENT COOPERATION FUND; GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS LOCAL UNION NO. 636,<br><br>           Plaintiffs,<br>     vs.<br><br>MARC ANTHONY GLAZING CONTRACTOR, INC., a California corporation,<br>           Defendant.<br>_____ | CASE NO.: CV 06-7439 CAS (VBKx)<br><br>Hon. Christina A. Snyder<br><br>**JUDGMENT PURSUANT TO STIPULATION IN FAVOR OF BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA GLAZIERS, ARCHITECTURAL METAL AND GLASS WORKERS HEALTH AND WELFARE TRUST, ET AL.** |

1    Plaintiffs, Board of Trustees of the Southern California Glaziers,
2 Architectural Metal and Glass Workers Health and Welfare Trust; Board of
3 Trustees of the Southern California, Arizona, Colorado, and Southern Nevada
4 Glaziers, Architectural Metal and Glass Workers Pension Trust Fund; Board of
5 Trustees of the Glaziers, Architectural Metal and Glass Workers Disability Trust;
6 Board of Trustees of the Southern California Glass and Glazing Industry Trust
7 Fund; Board of Trustees of the Southern Counties Glaziers' Apprenticeship
8 Training Trust; Southern California Glass Management and Glaziers, Architectural
9 Metal and Glass Workers Local 636 Area Labor-management Committee; National
10 Labor Management Cooperation Fund ("Plaintiff Trusts") and Glaziers,
11 Architectural Metal and Glass Workers Local Union No. 636 ("Plaintiff Union")
12 and Defendant Marc Anthony Glazing Contractor, Inc. ("Defendant"), having
13 agreed to the entry of judgment in this matter and having entered into a Stipulation
14 for Entry of Judgment which has been filed with the Court, and due deliberation
15 being had thereon,
16    IT IS ORDERED, ADJUDGED, AND DECREED, that Plaintiff Trusts shall
17 have judgment against Defendant in the sum of $185,633.05 for contributions and
18 other damages owed for the period of November 1, 2002 to December 31, 2006,
19 together with interest accruing at the rate of prime plus 2% per annum from August
20 30, 2007 until paid, in accordance with the terms of the Stipulation for Entry of
21 Judgment, a copy of which is attached hereto as
22 Exhibit "1", and made part hereof by this reference.

24 DATED:   January 15, 2008

_____
HONORABLE CHRISTINA A. SNYDER